```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 41949
   RONALD J CLARK
   DARLENE M CLARK                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2169    SSN XXX-XX-2161


--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/12/04 and confirmed on 01/13/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  35660.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG        .00             .00            .00
US BANK HOME MTGE          SECURED              .00             .00            .00
GMAC PAYMENT CENTER        SECURED VEHIC   19716.55         2166.83       19716.55
ECAST SETTLEMENT CORPORA   UNSECURED       17538.53             .00        1753.85
ECAST SETTLEMENT CORPORA   UNSECURED       27984.15             .00        2798.42
ROUNDUP FUNDING LLC        UNSECURED       17837.40             .00        1783.74
KOHLS                      UNSECURED         666.63             .00          66.66
ECAST SETTLEMENT CORPORA   UNSECURED       14338.50             .00        1433.85
ECAST SETTLEMENT CORPORA   UNSECURED       17156.21             .00        1715.62
ECAST SETTLEMENT CORP      UNSECURED        1273.65             .00         127.37
SAMS                       UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         903.71             .00          90.37
WORLD FINANCIAL NETWORK    UNSECURED         310.37             .00          31.04
SMC                        UNSECURED         640.10             .00          64.01
          Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   19716.55        .00      98649.25        .00       118365.80
PRINCIPAL PAID       19716.55        .00       9864.93        .00        29581.48
INTEREST PAID         2166.83        .00           .00        .00         2166.83
TOTAL PAID           21883.38        .00       9864.93        .00        31748.31
The Debtor's attorney, JOHN A REED                   , was allowed $  2700.00
and was paid $   406.00  direct and $   2294.00  through the plan.

The Trustee received $   1614.24 .

Refunds to the Debtor totaled $      3.45 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 11/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 41949 RONALD J CLARK & DARLENE M CLARK